IN THE

# SUPREME COURT OF THE STATE OF UTAH

FILED
UTAH APPELLATE COURTS

FEB 2 7 2018

JANE DOE,
*Appellee,*

*v.*

JESSE ROGER OGDEN,
*Appellant.*

No. 20151051

## ORDER

This case comes before the court as a companion to *State v. Ogden,* No. 20150922. In *State v. Ogden,* we vacated the award of complete restitution that is also at issue in this matter. 2018 UT 8.

Specifically, Ogden argues that the district court erred by giving res judicata effect to the complete restitution order at issue in *State v. Ogden.* Because we have vacated that order and remanded, Ogden's arguments are moot.

Therefore, IT IS HEREBY ORDERED that we vacate the district court's judgment and remand for further proceedings.

FOR THE COURT on this
27ᵗʰ day of ___February___, 2018:

John A. Pearce
Justice